**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Genaro CASTILLO–FUENTES,
Defendant–Appellant.**

**No. 07–50089.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 20, 2008.*

Filed May 21, 2008.

Michael J. Raphael, Esq., Fred Wallace Slaughter, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

David Robert Reed, Esq., Law Offices of David Robert Reed, Los Angeles, CA, for Defendant–Appellant.

Before: PREGERSON, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM **

Genaro Castillo–Fuentes appeals from his 108–month sentence imposed following his guilty-plea conviction for distribution of cocaine base, in violation of 21 U.S.C.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

§ 841(a)(1), (b)(1)(B)(iii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Castillo–Fuentes' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the judgment is **AFFIRMED.**

Because the district court's judgment incorrectly references 21 U.S.C. § 841(b)(1)(A)(iii), rather than 21 U.S.C. § 841(b)(1)(B)(iii), as the statute of conviction, we **REMAND** for the limited purpose of correcting the judgment. *See United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir.2000).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.